**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DE ANDRE' BROWN**                                                                                 **PLAINTIFF**

**V.**                                             **CIVIL ACTION NO.: 4:09-CV-00034**

**CITY OF GREENVILLE, GREENVILLE
POLICE DEPARTMENT, OFFICER
ERNEST JENKINS AND JOHN DOES
A THROUGH E**                                                      **DEFENDANTS**

**ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

Upon consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated August 31, 2011, was on that date duly served by mail upon the plaintiff at his last known address; that the parties were given fourteen days to file any objections to the Report and Recommendation; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted. Therefore, it is

**ORDERED:**

1) The Report and Recommendation of the United States Magistrate Judge **[Docket Entry 5]** dated August 31, 2011, is hereby approved and adopted.

2) This case is **DISMISSED** with prejudice for failure to prosecute.

This the 27th day of September, 2011.

                                                          **/s/ MICHAEL P. MILLS
CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI**